John E. Haapala, OSB No. 061739
E-mail: jeh@haapalaw.com
59 E. 11th Ave., Suite 125
Eugene, Oregon 97401
Phone: 541-345-8474
Fax: 541-345-3237
Attorney for Plaintiff

FILED'09 AUG 4 14:13 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **GERALD J. LANGLOIS,** | CIVIL CASE NO. 3:07-cv-06186-MO (08-6186) |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| **COMMISSIONER,** Social Security Administration | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of **$5557.13** is awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, John Haapala, and mailed to Plaintiff's attorney's office as follows: John Haapala, 59 E. 11th Ave., Suite 125, Eugene, Oregon, 97401. There are no costs or expenses to be paid herein.

Dated this 4th of Aug., 2009.

_____
United States District Judge/Magistrate

1 – ORDER AWARDING ATTORNEY FEES  [LANGLOIS 3:07-cv-06186-MO]

Submitted by:
John E. Haapala, OSB No. 061739
(541) 345-8474, Attorney for Plaintiff

1 – ORDER AWARDING ATTORNEY FEES  [LANGLOIS 3:07-cv-06186-MO]